No. 94–9616. DAVIS v. NORTH CAROLINA; and

No. 95–5448. HOOD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–9618. GLOVER v. SUPERIOR COURT OF CALIFORNIA, SOLANO COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–9619. EPISON v. UNITED STATES; and

No. 94–9671. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9620. HUTCHISON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 94–9621. FORTENBERRY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–9622. CLAYTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–9623. CHASE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–9624. ARNOLD v. BOATMEN'S TRUST CO. C. A. 8th Cir. Certiorari denied.

No. 94–9625. BERGMANN v. MCCAUGHTRY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–9626. HUGHES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9627. DANIEL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9628. DOMINGO GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9629. ATTWOOD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9630. HARRIS v. MATTHEWS ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–9631. GOVOSTIS v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.